Certificate Number: 13858-PAE-DE-030241436

Bankruptcy Case Number: 17-16770



13858-PAE-DE-030241436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2017</u>, at <u>2:44</u> o'clock <u>PM EST</u>, <u>Drew Marlatt</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 30, 2017</u>          By:   <u>/s/Omar Silva</u>

                                        Name:  <u>Omar Silva</u>

                                        Title: <u>Counselor</u>