# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Drew V. Marlatt<br>                        Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>                        Movant<br>      vs. | NO. 17-16770 REF |
| Drew V. Marlatt<br>                        Debtor(s) | |
| David Alan Eisenberg<br>                        Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this          day of                    , 2017 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT : The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Say of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2012 Mazda Mazda6 ("Vehicle"),  bearing a VIN Number 1YVHZ8BH3C5M15521.

**Date: December 27, 2017**

                                                                United States Bankruptcy Judge.

cc: See attached service list