United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Drew V. Marlatt  
       Debtor

Case No. 17-16770-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Dec 27, 2017  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.  
db         Drew V. Marlatt,   7708 Penn St,   Emerald, PA  18080-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: bankruptcyteam@quickenloans.com Dec 28 2017 00:54:51     Quicken Loans Inc.,
         1050 Woodward Avenue,   Detroit, MI  48226-1906
                                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:  
          DAVID ALAN EISENBERG   trustee@eisenbergpc.com,  deisenberg@ecf.epiqsystems.com  
          MATTEO SAMUEL WEINER   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
          MICHAEL J. MCCRYSTAL   on behalf of Debtor Drew V. Marlatt mccrystallaw@gmail.com,
           sueparalegal@gmail.com  
          REBECCA ANN SOLARZ   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
          SARAH K. MCCAFFERY   on behalf of Creditor   Quicken Loans Inc. smccaffery@squirelaw.com  
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Drew V. Marlatt  Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.  Movant  vs. | NO. 17-16770 REF |
| Drew V. Marlatt  Debtor(s) | |
| David Alan Eisenberg  Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this        day of                , 2017 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT : The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Say of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2012 Mazda Mazda6 ("Vehicle"), bearing a VIN Number 1YVHZ8BH3C5M15521.

**Date: December 27, 2017**

United States Bankruptcy Judge.

cc: See attached service list